MARY J. RUNCIE, Respondent, *v.* MICHAEL SEITZ et al., Appellants.

(Argued January 28, 1895; decided February 26, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made September 11, 1894, which affirmed a judgment in favor of plaintiff entered upon an order of Special Term.

*J. J. Bennett* for appellants.

*Isaac H. Maynard* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.